UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division

IN RE:

JOSEPH ANDRE JEAN,                              Case No:    13-38523-EPK

　　　　Debtor.                                 Chapter 11
_____/

**MOTION TO VALUE PURSUANT TO 11 U.S.C. §506(a)
AND TO BIFURCATE PURSUANT TO 11 U.S.C. §506(d)
RE: 1790 N SEACREST BLVD, BOYNTON BEACH, FLORIDA**

COMES NOW, the Debtor in Possession, JOSEPH ANDRE JEAN, by and through his undersigned attorney, files his Motion to Value pursuant to 11 U.S.C. §506(a) of the Debtor's real property described below.  In support of the Motion, the Debtor respectfully states the following:

### I. JURISDICTION AND VENUE

1.　The Court has jurisdiction over this matter, the parties in interest, and the properties and interests in the property affected hereby, pursuant to 28 U.S.C. §157 and §1334. Consideration of this motion is a core proceeding under 28 U.S.C. §157(b)(2)(A), (K) and (O).

2.　The statutory predicates for the relief sought herein are §§105(a), 506(a) and 506(b) of the Bankruptcy Code and Bankruptcy Rules 2002 and 3007.

### II. BACKGROUND

3.　On or about November 27, 2013, the Debtor filed a Chapter 11 Petition in this Court.

4.　On or about January 4, 2007, the Debtor purchased the property located at 1790 N Seacrest Blvd, Boynton Beach, Florida more particularly described as:

　　LOT 29, LESS THE NORTH 6.27 FEET THEREOF, AS MEASURED

ALONG THE WEST PROPERTY LINE AND RADIAL, TOGETHER WITH THE NORTH 7.97 FEET OF LOT 28, AS MEASURES ALONG THE WEST PROPERTY LINE AND RADIAL, BLOCK 29, ROLLING GREEN RIDGE, FIRST ADDITION, ACCORDING TO THE PLAT THEREOF ON FILE IN THE OFFICE OF THE CLERK OF THE CIRCUIT COURT IN AND FOR PALM BEACH COUNTY, FLORIDA. RECORDED IN PLAT BOOK 24, AT PAGE 223. SAID LANDS SITUATE, LYING AND BEING IN PALM BEACH COUNTY, FLORIDA

5. First Magnus Financial Corporation, An Arizona Corporation held the first mortgage on the property in the amount of $165,000.00 dated January 12, 2007, recorded in Official Records Book 21301, at Page 1922 of the Official Records of Palm Beach County, Florida. Said mortgage was ultimately assigned to Nationstar Mortgage, LLC who now holds the same.

### III. VALUATION

6. The Debtor's schedules indicate the property has a market value of $46,191.00.

7. Debtor requests the Court bifurcate the claims on this property in accordance with §506(a) and (d) below:

> An allowed claim of a creditor secured by a lien on property in which the estate has an interest, or that is subject to setoff under Section 553 of this title, is a secured claim to the extent of the value of such creditor's interest in the estate's interest in such property, or to the extent of the amount subject to setoff, as the case may be, and is an unsecured claim to the extent that the value of such creditor's interest or the amount so subject to setoff is less than the amount of such allowed claim. Such value shall be determined in light of the purpose of the valuation and of the proposed disposition or use of such property, and in conjunction with any hearing on such disposition or use or on a plan affecting such creditor's interest.

8. Debtor requests that the Court determine any unsecured portion be treated as a general unsecured claim based upon the aforesaid undersecured status.

WHEREFORE, the Debtor in Possession requests the Court value the property

herein as set forth above, bifurcate the unsecured portions of same, and requests such other and further relief as this Court deems just and proper.

## CERTIFICATIONS

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A).

Dated: June 25, 2014

**OZMENT MERRILL**

By: */s/ David Lloyd Merrill*
DAVID LLOYD MERRILL, Esq.
Florida Bar No. 99155
2001 Palm Beach Lakes Blvd.
Suite 410
West Palm Beach, FL 33409
(o) +1.561.689.6789
(f)  +1.561.689.6767
david@ombkc.com
Attorneys for Debtor