

ORDERED in the Southern District of Florida on April 10, 2017.

Paul G. Hyman, Jr., Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
**West Palm Beach Division**
www.flsb.uscourts.gov

IN RE:

JOSEPH ANDRE JEAN,   Case No:   13-38523-EPK

    Debtor.   Chapter 11

_____/

**AGREED ORDER GRANTING MOTION TO VALUE PURSUANT TO 11 U.S.C. §506(a)
AND TO BIFURCATE PURSUANT TO 11 U.S.C. §506(d)
RE: 1790 N SEACREST BLVD, BOYNTON BEACH, FLORIDA [DE#116]**

THIS MATTER came before the Court for hearing on July 13, 2014 at 9:30 AM upon the Debtor's *Motion to Value Pursuant to 11 U.S.C. §506(a) and to Bifurcate Pursuant to 11 U.S.C. §506(d) Re:* 1790 N Seacrest Blvd, Boynton Beach, Florida [DE#116], and the Court finding the parties have been properly noticed, having been advised that the parties are in agreement, and being otherwise fully advised in the premises, does hereby

ORDER as follows:

1.    The Motion is GRANTED.

2.    The property located at 1790 N Seacrest Blvd, Boynton Beach, Florida is

valued at $118,000.00. This property is more fully described as follows:

> **LOT 29, LESS THE NORTH 6.27 FEET THEREOF, AS MEASURED ALONG THE WEST PROPERTY LINE AND RADIAL, TOGETHER WITH THE NORTH 7.97 FEET OF LOT 28, AS MEASURES ALONG THE WEST PROPERTY LINE AND RADIAL, BLOCK 29, ROLLING GREEN RIDGE, FIRST ADDITION, ACCORDING TO THE PLAT THEREOF ON FILE IN THE OFFICE OF THE CLERK OF THE CIRCUIT COURT IN AND FOR PALM BEACH COUNTY, FLORIDA. RECORDED IN PLAT BOOK 24, AT PAGE 223. SAID LANDS SITUATE, LYING AND BEING IN PALM BEACH COUNTY, FLORIDA**

3. Nationstar Mortgage, LLC filed a Proof of Claim in the amount of $239,029.41 (Claim #9-1).

4. The allowed secured claim of Nationstar Mortgage, LLC is $118,000.00. The balance of Nationstar Mortgage, LLC and its successors and/or assigns, claim shall be treated as an allowed general unsecured claim.

5. The Debtor shall pay to Nationstar Mortgage, LLC its secured claim amount of $118,000.00 at a fixed interest rate of 5.25% amortized over thirty (30) years.

6. The Debtor shall be responsible for paying property taxes and insurance on this property. Debtor shall maintain his own property insurance in accordance with the terms of the Note and Mortgage and timely pay his real estate taxes each year directly to the taxing authority.

7. The Court retains jurisdiction over this matter to enter such other and further relief as in necessary to enforce this Order.

**###**

Submitted by:
David Lloyd Merrill, Esq. for the Debtor
David Lloyd Merrill, Esq. is directed to furnish a conformed copy of this order to all appropriate parties immediately upon receipt of same and to file a certificate of service with the court.